IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY RAY MAPP, # 324498, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:20-CV-1067-WKW |
| | ) [WO] |
| JAMES BRAZIER; STEVEN T. MARSHALL, Attorney General for the State of Alabama; and DONALD VALENZA, Sheriff, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On February 9, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 23rd day of February, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE